263 So.2d 729

Raleigh ORDOYNE

v.

Fred WILSON d/b/a Fred Wilson Drilling
Company and Aetna Life & Casualty
Insurance Company.

No. 52621.

June 30, 1972.

BARHAM, J., is of the opinion the writ should be granted.

TATE, J., dissents. Although under our practice we do not normally review purely factual determinations, this writ should be granted since this decision is in direct conflict with our recent decision in Williams v. Hudson East, 261 La. 959, 261 So. 2d 629.